## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DONALD GRIFFIN

CRIMINAL ACTION
NO. 25-376-2

## ORDER

**AND NOW**, this 20th day of February 2026, after holding a hearing, (Dkt. No. 144), and upon consideration of Donald Griffin's Motion to Revoke Detention Hearing Order, (Dkt. No. 134), and the Government's Response in Opposition, (Dkt. No. 136), it is **ORDERED** that Griffin's motion is **DENIED**.  Griffin will remain detained pending trial.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.