# THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| | NO. 25-376-2–8 |
| DONALD GRIFFIN, | |
| FRANCISCO QUEZADA, | |
| ALEXI QUEZADA, | |
| JUAN FRANSELLA-JOSE, | |
| ALEXANDER RODRIGUEZ CROUSET, | |
| VICTOR JOSE HERRERA CASTILLO, | |
| JUAN ORTIZ | |

## ORDER

**AND NOW**, this 24th day of February 2026, upon consideration of Juan Ortiz's and Donald Griffin's Motions to Suppress, (Dkt. Nos. 105 & 112), the Government's Omnibus Response, (Dkt. No. 116), Juan Fransella-Jose's Reply, (Dkt. No. 117), and following an evidentiary hearing, (Dkt. No. 139), after which Griffin filed a Supplemental Brief, (Dkt. No. 141), it is hereby **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*

Gerald J. Pappert, J.